# UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF VIRGINIA
# ABINGDON DIVISION

|   |   |
|---|---|
| UNITED STATES OF AMERICA ex rel. Meredith McCoyd, <br><br> Plaintiffs, <br><br> v. <br><br> ABBOTT LABORATORIES, *et al.* <br><br> Defendants. | Case No. 1:07CV00081 |

## UNOPPOSED MOTION TO CONSOLIDATE AND STAY

The United States respectfully moves the Court to (1) consolidate this civil action with three related actions pending in this district,[1] and (2) stay the consolidated proceedings up to and including July 8, 2011. The requested consolidation and stay are an appropriate exercise of the Court's inherent authority to control the disposition of cases on its docket and should be entered by the Court. The individual plaintiff states, relators in the four related actions, and defendant Abbott Laboratories ("Abbott") all consent to this motion.

Between October 2007 and January 2010, relators filed four *qui tam* complaints against Abbott pursuant to the False Claims Act, 31 U.S.C. § 3730(b). All four complaints allege unlawful promotion of the prescription drug Depakote. On February 1, 2011, the government intervened in the four *qui tam* actions. The current deadline for the government to file its complaint-in-intervention is May 31, 2011.

Consolidating the four *qui tam* actions would serve the interests of judicial efficiency.

---

[1] The four actions that would be consolidated are: *United States ex rel. McCoyd v. Abbott Labs.*, Civil Action No. 1:07cv00081; *United States ex rel. Mulcahy, et al. v. Abbott Labs.*, Civil Action No. 1:08cv00054; *United States ex rel. Dietzler v. Abbott Labs.*, Civil Action No. 1:09cv00051; *United States ex rel. Spetter v. Abbott Labs.*, Civil Action No. 1:10cv00006.

Given the substantial overlap between the parties and issues, the government intends to file only one complaint-in-intervention in the four actions. Consolidating the actions would avoid having nearly identical filings made in four different actions.

Likewise, granting a short stay of the consolidated actions will also contribute to judicial economy. The parties are engaged in active settlement discussions. The short extension would allow the parties to determine if a negotiated resolution is possible, which could reduce the demand on judicial resources.

In order to conserve judicial resources as well as those of the parties, the United States respectfully requests that the Court consolidate the four related *qui tam* actions and stay the consolidated proceedings through and including July 8, 2011. The individual states, relators, and Abbott all consent to this motion. For the Court's convenience, a draft order has been attached to the Motion.

    Respectfully submitted,

    TIMOTHY J. HEAPHEY
    United States Attorney

    /s/ Daniel P. Bubar
    Daniel P. Bubar
    Assistant United States Attorney
    Illinois Bar No. 6282587
    Post Office Office Box 1709
    Roanoke, Virginia 24011
    Tel: 540-857-2254
    Fax: 540-857-2283

    **Attorneys for Plaintiff**
    **United States of America**

Dated: May 20, 2011

CERTIFICATE OF SERVICE

     I hereby certify that on May 20, 2011, I electronically filed the foregoing Unopposed Motion to Consolidate and Stay with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following parties: the relator(s) in this case, California, District of Columbia, Delaware, Florida, Georgia, Hawaii, Indiana, Michigan, Nevada, New Hampshire, New Jersey, New Mexico, New York, North Carolina, Oklahoma, Rhode Island, Texas and Virginia, as reflected in the Service List. I hereby certify that I have mailed, by United States Postal Service, the foregoing Notice of Appearance to the non-CM/ECF participants listed below and to Abbott Laboratories, c/o James L. Brochin, Paul, Weiss, Rifkind, Wharton and Garrison, L.L.P. at 1285 Avenue of the Americas, New York, New York 10019-6064, on May 12, 2011.

Dated: 05/20/11

                                                /s/ Daniel P. Bubar
                                                Daniel P. Bubar
                                                Assistant United States Attorney

## SERVICE LIST

**Erica Joanna Bailey**
ATTORNEY GENERAL OF VIRGINIA
900 EAST MAIN STREET
RICHMOND, VA 23219
804-786-2452
786-0807 (fax)
ebailey@oag.state.va.us

**Niki Suzanne Batt**
OKLAHOMA OFFICE OF THE ATTORNEY GENERAL
313 N E 21ST STREET
OKLAHOMA CITY, OK 73105
405-522-2956
522-4875 (fax)
niki.batt@oag.ok.gov

**Sherrie Brown**
OFFICE OF THE ATTORNEY GENERAL - NYS
13TH FLOOR
MEDICAID FRAUD UNIT
120 BROADWAY
NEW YORK, NY 10271
212-417-5386
417-5335 (fax)
sherrie.brown@ag.ny.gov

**Traci Lee Buschner**
GRANT & EISENHOFER PA
SUITE 400
1920 L STREET NW
WASHINGTON, DC 20036
202-386-9500
302-622-7100 (fax)
tbuschner@gelaw.com

**Jeffery S. Cahill**
OFFICE OF ATTORNEY GENERAL
33 CAPITOL STREET
CONCORD, NH 03301
603-271-1246
223-6272 (fax)

jeff.cahill@doj.nh.gov
**Seth Tucker Cohen**
OFFICE OF THE ATTORNEY GENERAL - SANTE FE
STATE OF NEW MEXICO
P.O. DRAWER 1508
SANTE FE, NM 87504
505-827-6000
827-4440 (fax)
scohen@nmag.gov


**Jorge Ivan Correa**
OFFICE OF THE ATTORNEY GENERAL
GEORGIA MEDICAID FRAUD CONTROL UNIT
2100 EAST EXCHANGE PLACE
BUILDING ONE SUITE 200
TUCKER, GA 30084-5336
770-414-3655 ext. 217
414-2718 (fax)
jorge.correa@mfcu.ga.gov


**James Francis Dube**
RHODE ISLAND OFFICE OF THE ATTORNEY GENERAL
150 SOUTH MAIN STREET
PROVIDENCE, RI 02903
401-274-4400 ext. 2410
222-3014 (fax)
jdube@riag.ri.gov


**Elizabeth Louise Fitzgerald**
OFFICE OF THE ATTORNEY GENERAL OF VIRGINIA
900 EAST MAIN STREET
RICHMOND, VA 23219
804-786-6547
786-0807 (fax)
efitzgerald@oag.state.va.us


**Brian V. Frankel**
OFFICE OF THE ATTORNEY GENERAL
BUREAU OF MEDI-CAL FRAUD & ELDER ABUSE
1455 FRAZEE ROAD SUITE 315
SAN DIEGO, CA 92108-4304
619-688-6065
688-4200 (fax)
brian.frankel@doj.ca.gov

**William Clay Garrett**
ATTORNEY GENERAL OF VIRGINIA
900 EAST MAIN STREET
RICHMOND, VA 23219
804-371-6016
786-0807 (fax)
wgarrett@oag.state.va.us

**Jessica L. Harlan**
OFFICE OF THE ATTORNEY GENERAL
MEDICAID FRAUD CONTROL UNIT
8005 CASTLEWAY DRIVE
INDIANAPOLIS, IN 46250
317-915-5330
232-7979 (fax)
jessica.harlan@atg.in.gov

**Carlotta R. Hivoral**
OFFICE OF THE ATTORNEY GENERAL-DEPARTMENT OF JUSTICE
BUREAU OF MEDI-CAL FRAUD & ELDER ABUSE - SUITE 315
1455 FRAZEE ROAD
SAN DIEGO, CA 92108
619-688-6073
688-4200 (fax)
carlotta.hivoral@doj.ca.gov

**Mark Norman Kemberling**
OFFICE OF THE ATTORNEY GENERAL OF NEVADA
SUITE 3900
555 EAST WASHINGTON AVENUE
LAS VEGAS, NV 89101
702-486-3111
486-3768 (fax)
mkemberling@ag.nv.gov

**Kristina M. Kennedy**
OFFICE OF THE ATTORNEY GENERAL
CIVIL MEDICAID FRAUD DIVISION
P O BOX 12548 MC 056-1
AUSTIN, TX 78711-2548
512-936-2532
499-0712 (fax)
kris.kennedy@oag.state.tx.us

**John Kranyiak**
OFFICE OF THE ATTORNEY GENERAL
STATE OF NEW JERSEY
25 MARKET STREET
P O BOX 094
TRENTON, NJ 08625

**Thomas Steven Marks**
OFFICE OF THE ATTORNEY GENERAL OF MICHIGAN
HEALTH CARE FRAUD DIVISION
P O BOX 30218
LANSING, MI 48909
517-241-6500
241-6515 (fax)
markst@michigan.gov

**Steven Kepner McCallister**
NORTH CAROLINA DEPARTMENT OF JUSTICE
ATTORNEY GENERAL'S OFFICE, MEDICAID INVESTIGATION UNIT
3824 BARRETT DRIVE SUITE 200
RALEIGH, NC 27609
919-881-2320
571-4837 (fax)
smccallister@ncdoj.gov

**Tiphanie Patricia Miller**
OFFICE OF THE ATTORNEY GENERAL
STATE OF DELAWARE
820 N. FRENCH STREET, FIFTH FLOOR
WILMINGTON, DE 19801
302-577-4208
577-3090 (fax)
tiphanie.miller@state.de.us

**John Robert Mooney**
MOONEY GREEN SAINDON MURPHY & WELCH, P.C.
SUITE 400
1920 L STREET, NW
WASHINGTON, DC 20036
202-783-0010
783-6088 (fax)
jmooney@mooneygreen.com

**Adele McDonald Neiburg**
VIRGINIA ATTORNEY GENERAL'S OFFICE
MEDICAID FRAUD CONTROL UNIT, CIVIL INVESTIGATIONS SQUAD
900 EAST MAIN STREET
RICHMOND, VA 23219
804-786-3238
786-0807 (fax)
aneiburg@oag.state.va.us

**Douglas L. Parker**
MOONEY GREEN SAINDON MURPHY & WELCH, P.C.
SUITE 400
1920 L STREET, NW
WASHINGTON, DC 20036
202-783-0010
202-783-6088 (fax)
dparker@mooneygreen.com

**Michael L. Parrish**
DIRECTOR OF THE MEDICAID FRAUD CONTROL UNIT
CRIMINAL JUSTICE DIVISION
DEPARTMENT OF THE ATTORNEY GENERAL
STATE OF HAWAII
333 QUEEN STREET 10TH FLOOR
HONOLULU, HI 96813
808-586-1058
586-1077 (fax)
michael.l.parrish@hawaii.gov

**Carlos Alberto Rey**
OFFICE OF THE FLORIDA ATTORNEY GENERAL
MEDICAID FRAUD CONTROL UNIT
PL-01, THE CAPITOL
TALLAHASSEE, FL 32399
850-414-3487
487-9475 (fax)
carlos.rey@myfloridalegal.com

**Dawn S. Shigezawa**
DIRECTOR OF THE MEDICAID FRAUD CONTROL UNIT
CRIMINAL JUSTICE DIVISION
DEPARTMENT OF THE ATTORNEY GENERAL
STATE OF HAWAII
333 QUEEN STREET 10TH FLOOR
HONOLULU, HI 96813
808-586-1058
586-1077 (fax)
dawn.s.shigezawa@hawaii.gov

**Elizabeth Staley**
OFFICE OF THE ATTORNEY GENERAL
MEDICAID FRAUD & ELDER ABUSE DIVISION
STATE OF NEW MEXICO
111 LOMAS BOULEVARD NW SUITE 300
ALBUQUERQUE, NM 87102

**Thomas L. Storm**
OFFICE OF THE ATTORNEY GENERAL
J B VAN HOLLEN
17 W MAIN STREET
MADISON, WI 53703
608-266-9222
261-7991 (fax)
stormtl@doj.state.wi.us

**George Zachos**
MASSACHUSETTS OFFICE OF THE ATTORNEY GENERAL
MEDICAID FRAUD DIVISION - 18TH FLOOR
ONE ASHBURTON PLACE
BOSTON, MA 02108
6179632033
727-4765 (fax)
george.zachos@state.ma.us

1.