CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED

OCT 03 2012

JULIA C. DUDLEY, CLERK
BY:
DEPUTY CLERK

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ABINGDON DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ET AL., <br> *ex rel.* Meredith McCoyd, <br><br> Plaintiffs <br><br> v. <br><br> ABBOTT LABORATORIES, *et al.*, <br><br> Defendants. | Civil Action No. 1:07-cv-00081 |

## ORDER ON JOINT STIPULATION OF DISMISSAL

The United States of America and Relator Meredith McCoyd, by counsel, and pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i) and the Settlement Agreement executed by the parties and filed in Case No. 1:12-cr-00026-SGW (Doc. NO. 5-22), have filed a Joint Stipulation of Dismissal as to Defendants Abbott Laboratories and Miles D. White.

Pursuant to 31 U.S.C. § 3730(b)(1), and under the terms of the Settlement Agreement, it is hereby **ORDERED** that dismissal of certain claims in this action under Federal Rule of Civil Procedure 41(a)(1)(B), as set forth in the Joint Stipulation of Dismissal, is appropriate.

UNITED STATES DISTRICT JUDGE

10/3/12