Exhibit A

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF VIRGINIA

---

UNITED STATES OF AMERICA, ex rel.
MEREDITH MCCOYD,

        Plaintiffs,

    v.                                                          Civil Action No. 1:07-cv-00081

ABBOTT LABORATORIES

        Defendant.

---

## STIPULATION FOR DISMISSAL

---

Pursuant to Fed. R. Civ. P. 41(a), Relator, Meredith McCoyd hereby notifies the Court of the voluntary dismissal with prejudice of the claim by Relator against defendant PharMerica for reasonable attorneys' fees, expenses and costs resulting from this case pursuant to 31 U.S.C. §3730(d).

The Parties respectfully request that the Court enter an order dismissing all remaining claims against PharMerica in the captioned action with prejudice.

5

#37898882_v2

ATTORNEYS FOR RELATOR, MEREDITH MCCOYD

GBB LAW FIRM

Dated: 12-3-15    By: *[signature]*

Traci L. Buschner (*pro hac*)
Guttman, Buschner & Brooks PLLC
1625 Massachusetts Avenue, N.W., Suite 500
Washington, D.C. 20036
Telephone: 202-800-3003
Fax: 202-827-0041
tbuschner@gbblegal.com


ATTORNEY FOR DEFENDANT, PHARMERICA CORPORATION

HOLLAND & KNIGHT LLP.

Dated: 1/4/16    By: *[signature]*

MICHAEL MANTHEI (*pro hac*)
michael.manthei@hklaw.com
Jeremy Sternberg (*pro hac*)
jeremy.sternberg@hklaw.com
10 St. James Avenue
Boston, MA 02116
Telephone 617-523-2700

6

#37898882_v2